IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HISCOX INSURANCE COMPANY, INC., <br> Plaintiff, <br><br> v. <br><br> MRB LAWN SERVICES, also known as "MRB LAWN SERVICE," and SUNBELT RENTALS, INC., <br> Defendants. | CIVIL ACTION <br><br><br> NO. 22-2827 |

# O R D E R

**AND NOW**, this 14th day of September, 2023, upon consideration of Defendants' partial Motions to Dismiss the First Amended Complaint Pursuant to Rule 12(b)(6) (ECF Nos. 25 & 26) and any response and opposition thereto, it is **ORDERED** that the motion is **GRANTED** as follows:

1) Count I of Plaintiff's First Amended Complaint seeking a declaratory judgment that it has no duty to defend MRB Lawn Services, LLC a/k/a MRB Lawn Service ("MRB") and Sunbelt Rentals, Inc. ("Sunbelt") and that the Hiscox Policy does not afford coverage for claims asserted in a lawsuit filed by Brian James Madonna against MRB and Sunbelt in the Pennsylvania Court of Common Pleas for Philadelphia County, Case ID: 211200511 (the "Underlying Lawsuit") is **DISMISSED WITH PREJUDICE**.

2) Count I of Plaintiff's First Amended Complaint seeking a declaratory judgment that it has no duty to indemnify MRB and Sunbelt for the Underlying Lawsuit is **DISMISSED WITHOUT PREJUDICE** as not being ripe for review.

BY THE COURT:

**/s/** Hon. Kelley B. Hodge
_____
**HODGE, KELLEY B., J.**