IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| HISCOX INSURANCE COMPANY INC., | : | |
| | : | |
| Plaintiff, | : | CASE NO. 2:22-cv-02827-KBH |
| | : | |
| v. | : | |
| | : | |
| MRB LAWN SERVICES, LLC a/k/a MRB LAWN SERVICE and SUNBELT RENTALS, INC. | : | |
| | : | |
| Defendants | : | |
| | : | |

**STIPULATION OF DISMISSAL PURSUANT TO Fed. R. Civ. P. 41(a)**

The parties hereby stipulate and agree that all claims herein have been amicably resolved and that this matter is voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a) and Local Civil Rule 41.1(b). The parties further stipulate and agree that each party will bear its own costs. The Court will retain jurisdiction of this matter for sixty (60) days to allow for the resolution of all claims to be effectuated.

Respectfully submitted,

| **O'HAGAN MEYER, PLLC** | **ROBSON & ROBSON, P.C.** |
|---|---|
| By: */s/ John P. Morgenstern*             . | By: */s/ Edward S. Robson*             . |
| John P. Morgenstern, Esq. | Edward S. Robson, Esq. |
| Attorney ID No. 80014 | Attorney ID No. 307381 |
| 1717 Arch Street, Suite 3910 | 2200 Renaissance Boulevard, Suite 270 |
| Philadelphia, PA 19103 | King of Prussia, PA 19406 |
| T: 215-461-3301 | T: 610-825-3009 |
| F: 215-461-3311 | F: 610-825-2620 |
| JMorgenstern@ohaganmeyer.com | Erobson@robsonlaw.com |
| *Counsel for Plaintiff,* | *Counsel for Defendant,* |
| *Hiscox Insurance Company, Inc.* | *MRB Lawn Services, LLC* |

**DEASEY, MAHONEY & VALENTINI, LLC**

By: */s/ Matthew J. Junk*                .
  Matthew J. Junk, Esquire
  Attorney ID No. 86089
  1601 Market Street, 34th Fllor
  Philadelphia, PA  19103
  T: 215-587-9400
  F: 215-587-9456
  mjunk@dmvlawfirm.com
  *Counsel for Defendant,*
  *Sunbelt Rentals, Inc.*

Date: January 31, 2024

**BY THE COURT:**

_____
Kelly Brisbon Hodge, U.S.D.C.